B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Parrish Dees and Andrea L Kelly          ,               Case No. 16-24113-JKS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| COMMUNITY DEVELOPMENT FUND IV | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services,
314 S Franklin St. P.O. Box 517
Titusville, PA 16354
Phone: 866.581.4513
Last Four Digits of Acct #:  4623

Court Claim # (if known): 5
Amount of Claim: $330,124.02
Date Claim Filed: 11/18/2016

Phone: 800-274-7025
Last Four Digits of Acct. #:  4623

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038
Phone: 866.581.4513
Last Four Digits of Acct #:  4623

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ William M.E. Powers, III                    Date: 03/09/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-2291

POWERS KIRN, LLC
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Community Development Fund IV

In Re:

Parrish Dees
Andrea L. Kelly

Case No.: 16-24113-JKS

Hearing Date:

Judge: Honorable John K. Sherwood

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kateena A. Duffield:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 9, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 9, 2018

*Kateena A. Duffield*
Kateena A. Duffield

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield NJ 07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Stuart M. Nachbar, Esquire<br>354 Eisenhower Parkway<br>Suite 2025<br>P.O. Box 2205<br>Livingston, NJ 07039 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Parrish Dees<br>17 Ferris Drive<br>West Orange NJ 07052 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrea L. Kelly<br>17 Ferris Drive<br>West Orange, NJ 07052 | **DEBTORCO-DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2